PROB 12B
(7/93)

Report Date:  June 13, 2006

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 4 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Joseph Sherman Sargent          Case Number: 2:04CR00022-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence:  7/21/2004          Type of Supervision:     Supervised Release

Original Offense: Possession of Child Pornography,          Date Supervision Commenced: 06/08/2006
18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:  Prison - 33 Months; TSR - 120          Date Supervision Expires: 06/07/2016
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm
        continued abstinence from these substances.

26      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
        directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm
        continued abstinence from this substance.

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification,
with the offenders consent.

Respectfully submitted,

by _____

Richard B. Law
U.S. Probation Officer
Date: June 13, 2006

Prob 12B
**Re:  Sargent, Joseph Sherman**
**June 13, 2006**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

_____

Signature of Judicial Officer

_____
Date