PROB 12B
(7/93)

Report Date: March 17, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Sherman Sargent                Case Number: 2:04CR00022-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 07/21/2004                   Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography       Date Supervision Commenced: 06/08/2006
18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Prison - 33 Months;                  Date Supervision Expires: 06/07/2016
TSR - 120 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24      You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On March 17, 2008, Joseph Sargent report to the U.S. Probation Officer that he is homeless. Mr. Sargent is a Level II sex offender that needs structured housing. The defendant has agreed to said modification as evidenced by the attached waiver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 17, 2008

                                        by Richard B. Law
                                           U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/17/08
_____
Date