PROB 12B
(7/93)

Report Date: March 26, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Sherman Sargent         Case Number: 2:04CR00022-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 07/21/2004            Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)            Date Supervision Commenced: 06/08/2006

Original Sentence: Prison - 33 Months; TSR -120 Months            Date Supervision Expires: 06/07/2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27   You shall participate in the home confinement program for 180 days.. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

On March 17, 2008, Mr. Sargent signed a waiver of hearing to modify conditions to include a 180-day placement at a residential reentry center. The Court concurred and ordered said modification on the same date. However, due to Mr. Sargent's sex offender specific criminal history, the residential reentry centers in the Eastern District of Washington will not accept him. Therefore, it is now requested that the above modification be imposed with the offender's consent in lieu of the modification of 180 days of residential reentry placement imposed on March 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/26/08

Richard B. Law
U.S. Probation Officer

Prob 12B
**Re: Sargent, Joseph Sherman**
**March 26, 2008**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

3/26/08
Date