PROB 12B
(7/93)

Report Date: April 23, 2008

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 28 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Joseph Sherman Sargent     Case Number: 2:04CR00022-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 07/21/2004     Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)     Date Supervision Commenced: 06/08/2006

Original Sentence: Prison - 33 Months; TSR - 120 Months     Date Supervision Expires: 06/07/2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

29   You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

30   You shall take medications as recommended and prescribed by the mental health treatment providers.

## CAUSE

As the Court is aware, Mr. Sargent is currently involved in sex offender therapy. There has been some recent activities that raise concern in regards to the defendant's mental health. Subsequently, the above modification is requested with the offender's consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/23/08

Richard B. Law
U.S. Probation Officer

Prob 12B
Re: Sargent, Joseph Sherman
April 23, 2008
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

April 28 2008
_____
Date